# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JARVIS BOWIE

NO. 2024 KW 0740

**AUGUST 19, 2024**

---

In Re:     Jarvis Bowie, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-21-02287.

---

BEFORE:     **WOLFE, MILLER, AND GREENE, JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART AS MOOT.** The trial court's ruling denying relator's "motion to reconsider motion in limine" with respect to Shardei Cofield is reversed. A party attacking the credibility of a witness may examine the witness regarding any matter having a reasonable tendency to disprove the truthfulness or accuracy of the witness's testimony. La. Code Evid. art. 607(C). To cross-examine a witness effectively, a defendant must be afforded the opportunity to demonstrate any bias or self-interest attached to the witness's testimony. See La. Code Evid. art. 607D(1). A witness's hope or knowledge he will receive leniency from the state is highly relevant to establish bias or interest, as is the possibility the prosecution may have some leverage over a witness due to pending criminal charges or a plea agreement. Thus, cross-examination regarding arrests or pending charges may be appropriate to expose a witness's motivation in testifying. **State v. Mills,** 2018-0047 (La. App. 1st Cir. 9/24/18), 259 So.3d 1045, 1047, writ denied, 2018-1686 (La. 4/15/19), 267 So.3d 1128. In the instant matter, the defense has demonstrated that state witness, Shardei Cofield, has had pending charges in East Baton Rouge Parish since November 16, 2018. We find that under these circumstances, cross-examination of Shardei Cofield regarding her pending charges may be appropriate to expose her motivation in testifying. With respect to Stephanie Cofield, the writ application is denied as moot in light of this court's ruling in **State v. Bowie,** 2024-0757 (La. App. 1st Cir. 8/19/24) (unpublished). This matter is remanded to the trial court for further proceedings consistent with this ruling.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT